**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1417**

CLARENCE HANNA,

Plaintiff - Appellant,

v.

VA REGIONAL, M of SC; ZIVIA ANN HANNA; SENIOR HELPER, a/k/a Seniors
Helpers, SC; SAFE CREDIT, SC,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at
Columbia.  Mary G. Lewis, District Judge.  (3:19-cv-02193-MGL)

Submitted:  September 9, 2021               Decided:  September 13, 2021

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clarence Hanna, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Hanna appeals the district court's order denying his motion to appoint counsel and granting in part his motion to reconsider the dismissal without prejudice of his civil case. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Hanna's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we deny Hanna's motion to appoint counsel and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*